**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 13, 2012.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| TERRY CHRISTOPHER BOUNDS, | § | **CASE NO. 09-12799-CAG** |
| DEBTOR | § | **CHAPTER 7** |
| TERRY CHRISTOPHER BOUNDS & | § | |
| DIANA BOUNDS, | § | |
|     PLAINTIFFS AND | § | |
|     COUNTER-DEFENDANTS, | § | |
|     v. | § | **ADVERSARY CASE NO. 11-01248-CAG** |
| LYNN HAMILTON BUTLER & | § | |
| BROWN MCCARROLL, L.L.P., | § | |
|     DEFENDANTS AND | § | |
|     COUNTER-PLAINTIFFS & | § | |
|     THIRD-PARTY PLAINTIFFS | § | |
|     v. | § | |
| RANDY OSHEROW, CHAPTER 7 | § | |
| TRUSTEE FOR TERRY CHRISTOPHER | § | |
| BOUNDS, | § | |
|     THIRD-PARTY DEFENDANT | § | |
| RANDY OSHEROW, TRUSTEE OF THE | § | |
| CHAPTER 7 ESTATE OF TERRY | § | |
| CHRISTOPHER BOUNDS, | § | |
|     PLAINTIFF, | § | |
|     v. | § | **ADVERSARY CASE NO. 11-01255-CAG** |
| BROWN MCCARROLL, L.L.P., | § | **(CONSOLIDATED WITH 11-01248)** |
|     DEFENDANT. | § | |

### ORDER ON MOTION OF TERRY CHRISTOPHER BOUNDS TO SEVER AND FOR STATUS CONFERENCE

CAME ON TO BE CONSIDERED on July 19, 2012, the Motion for Terry Christopher Bounds to Sever and for Status Conference. The Court, having conducted a status conference, finds that the following relief should be granted. It is further

ORDERED that the claims for declaratory relief asserted by Brown McCarroll, LLP, Terry Christopher Bounds and Diana Bounds are hereby severed from the remaining claims in Consolidated Adv. No. 11-1248. The Clerk shall create a new adversary proceeding containing the following documents:
   a. Answer, Affirmative Defenses & Counter-claim and Crossclaim of Lynn Hamilton Butler and Brown McCarroll, LLP (Dkt. #6);
   b. Plaintiffs' Answer to Counterclaim (Dkt. #14);
   c. Defendant Randolph Osherow's Answer to Plaintiffs' Complaint for Declaratory Relief (Dkt. #40);
   d. Plaintiffs' Claim for Declaratory Relief (Dkt. #41);
   e. Chris Bounds Trial Brief (Dkt. #49);
   f. Joint Pre-Trial Order (Dkt. #50);
   g. Brown McCarroll Trial Brief (Dkt. #51);
   h. Brief of Diana Bounds (Dkt. #52);
   i. Exhibits admitted at trial;
   j. Declaratory Judgment (Dkt. #58); and
   k. Order on Motion of Terry Christopher Bounds to Sever and for Status Conference.

It is further

ORDERED that for purposes of appeal of the Declaratory Judgment, the deadline to appeal shall run from the date this Order is entered. It is finally

ORDERED that the Court shall conduct a status conference on the remaining matters contained in Consolidated Adv. No. 11-1248 on August 13, 2012 at 9:00 a.m. at the United States Bankruptcy Court, 903 San Jacinto, Rm. 230, Austin, TX 78701.

###

APPROVED AS TO FORM:

/s/Stephen W. Sather
Stephen W. Sather
Attorney for Terry Christopher Bounds

/s/Frank B. Lyon
Frank B. Lyon
Attorney for Diana Bounds

/s/Kell Mercer
Kell Mercer
Attorney for Lynn Hamilton Butler and Brown McCarroll, LLP

/s/Rob Myers
Rob Myers
Attorney for Randolph Osherow, Trustee

/s/Russ Horton
Russ Horton
Attorney for Interested Party David Fernea